IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NABIL DOUKKALI,

Plaintiff

v.  CIVIL 98-2076 (SEC)

HARD ROCK CAFÉ, et al.,

Defendants

<u>O R D E R</u>

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Compel, 8-6-99. | 8 | Moot. |

In San Juan, Puerto Rico, this 27th day of September, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)