IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

NABIL DOUKKALI

RECEIVED & FILED
1999 OCT 26 AM 7:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

v.

HARD ROCK CAFÉ

Case No.: 98-2076 (SEC)

ORDER

| MOTION | RULING |
|---|---|
| Date Filed: 10-7-99  Docket: 12<br>(✓) Plffs  ( ) Defts<br>( ) Other<br>Title: Motion for Permission to Withdraw as Counsel for Plaintiff. | Granted. Plaintiff is granted until November 18 to have counsel file a notice of appearance. The pretrial conference set for November 10, 1999 is left without effect. |

Date 10/18/99   ___ U.S. District Judge / ✓ U.S. Magistrate Judge

| Date Filed:  Docket: | |
|---|---|
| ( ) Plffs  ( ) Defts | |
| ( ) Other | |
| Title: | |

s/c: Ezratty 10/26/99
s/c Vargas

Date  / /  U.S. District Judge / / U.S. Magistrate Judge