IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NABIL DOUKKALI,

Plaintiff

v.                                         CIVIL 98-2076 (SEC)

HARD ROCK CAFÉ, et al.,

Defendants

_____

<u>ORDER</u>

This case will be dismissed on January 14, 2000, unless a notice of appearance is filed by attorney representing plaintiff.

This order is to be notified at plaintiff's address:

P. O. Box 15136
Norfolk, VA 23511.

In San Juan, Puerto Rico, this 16th day of December, 1999.

JUSTO ARENAS
United States Magistrate Judge