IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NABIL DOUKKALI,

Plaintiff

v.                                    CIVIL 98-2076 (SEC)

HARD ROCK CAFÉ, et al.,

Defendants

## ORDER

Plaintiff's "Notice of Appearance and Request for Extension" filed on January 26, 2000, is denied. (Docket No. 16.) Plaintiff has had sufficient notice of the intentions of the court and has failed to show cause why the court's orders have been ignored. Plaintiff has failed to show how he is protected by the Soldier's Civil Relief Act of 1940, 50 U.S.C. app. §§ 501 to 591 (1990), see Local Rule 311(2) and entitled to a stay. See 50 U.S.C. app. § 521. The motion to dismiss of October 20, 1999 is granted and the case is dismissed for failure to prosecute. The Clerk will enter judgment accordingly.

In San Juan, Puerto Rico, this 28th day of January, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)