IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Nabil Doukkali

Plaintiff

v.                                                                Civil 98-2076 (SEC-JA)

Hard Rock Café, et al

Defendants
_____

## JUDGMENT

The Court, through the Honorable Magistrate Judge Justo Arenas, has entered an Order on January 28th, 2000 dismissing the complaint for failure to prosecute and directing the Clerk to enter judgment.

**IT IS ORDERED AND ADJUDGED** that the complaint be and is hereby **DISMISSED.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 1ST day of February, 2000.

FRANCES RIOS DE MORAN
Clerk of the Court

Deputy Clerk


